United Church of Friendship v New York Dist. of Assemblies of God (2023 NY Slip Op 05089)

United Church of Friendship v New York Dist. of Assemblies of God

2023 NY Slip Op 05089

Decided on October 6, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 6, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, AND GREENWOOD, JJ.

743 CA 22-01327

[*1]UNITED CHURCH OF FRIENDSHIP, PLAINTIFF-RESPONDENT,
v
NEW YORK DISTRICT OF ASSEMBLIES OF GOD, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

ROLLINSON & GRAINGER, SYRACUSE (MICHAEL P. GRAINGER OF COUNSEL), FOR DEFENDANT-APPELLANT.
RICHARDSON, PULLEN & BUCK, P.C., FILLMORE (DAVID T. PULLEN OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Allegany County (Thomas P. Brown, A.J.), entered April 26, 2022. The order, among other things, granted in part the motion of plaintiff for summary judgment and denied the cross-motion of defendant for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy , 140 AD2d 988, 988 [4th Dept 1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts , 63 AD2d 566, 567 [1st Dept 1978]; see also CPLR 5501 [a] [1]).
Entered: October 6, 2023
Ann Dillon Flynn
Clerk of the Court